Case 4:20-cr-00026 Document 471 Filed on 04/06/22 in TXSD Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
April 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 4:20-CR-26 |
| GUILLERMO GOMEZ-LAZCANO | § § § | |

## PRELIMINARY ORDER OF FORFEITURE

Following the Defendant's conviction and based on the Defendant's plea agreement and the evidence in the record, the Court finds that the United States of America has established the requisite nexus between the property listed below and the offense of conviction. It is ORDERED that:

1. the following property is forfeited to the United States:

    a) Winchester Defender 12 gauge shotgun, serial number L1913135

    b) Romarm Cugir GP/WASR 10 7.62x39 mm rifle, SN AH9523

    c) American Tactical, Max Limited multi-caliber rifle, serial number NS056396

    d) Glock 22 .40 caliber pistol, serial number HWW405, Draco, 9x19 mm pistol, serial number NAK9

    e) 29 rounds of 7.62x39 mm ammunition

    f) 50 rounds of 9 mm ammunition

    g) Glock 22 GEN4 .40 caliber pistol, serial number WKA234

    h) A. Uberti Italy, model Stampede .45 caliber revolver, serial number B04141

    i) Anderson Manufacturing Model AM15 multi-caliber pistol, serial number 17038219

j) Anderson Manufacturing Model AM15 multi-caliber pistol, serial number 19122715

k) Century Arms, model RAS47 7.62x39 mm rifle, serial number RAS47089810

l) 29 rounds of .223 caliber ammunition

m) 20 rounds of 7.62x39 mm ammunition

n) Interarm, model Interarm-15 multi-caliber rifle, serial number SAM00070

o) Jigsaw Weaponry, model FTW-15 multi-caliber rifle, serial number JSW00340

p) Aero Precision, model PEW4E1 multi-caliber pistol, serial number PEW004655

q) 956 rounds of .50 caliber ammunition

r) 11 rounds of 9 mm ammunition

s) 899 rounds of assorted .223 caliber ammunition

t) 20 rounds of .40 caliber ammunition

u) 93 rounds of assorted .22 caliber ammunition

v) 1 round of .357 caliber ammunition

w) 5 boxes of rifle magazines totaling 51 magazines

x) Beretta, model 92FS, 9 mm caliber pistol, serial number L09883Z

y) SWD, model M11/9, 9 mm caliber pistol, serial number 85-0004440

2. the United States of America shall publish notice of this forfeiture order and shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding;

3. any person, other than the Defendant, asserting a legal interest in the forfeited property may, within thirty (30) days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the alleged interest

in the property pursuant to Title 21, United States Code, Section 853(n). The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in that property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in that property, and any other facts which support the petitioner's claim and the relief sought. The petition shall be filed with the United States District Clerk, located at United States Courthouse, 515 Rusk, Houston, Texas 77002. A copy of the petition shall also be sent to the United States Attorney's Office, 1000 Louisiana, Suite 2300, Houston, Texas, 77002; and

4. that pursuant to Rule 32.2(b)(4)(A), this Preliminary Order of Forfeiture shall become final immediately as to Defendant, and shall be made part of the Defendant's sentence and included in the judgment.

SIGNED on this the 6th day of April, 2022.

_____
GREGG COSTA
United States District Judge

3